Court Clerk or Marshals

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
12/31/2020
JULIA C. DUDLEY, CLERK
BY: LOTTIE LUNSFORD
DEPUTY CLERK

My name is Shanna Marie Wilmoth Currently Inmate # 0023825 I am currently housed at The West Virginia Regional Jail in SAlem VA. on OCt 8, 2020 I Was Sentenced to 30 months Fedural to Serve 85% 25 1/2 months begining febuary 07, 2019 When I was incarserated febuary 7 2019. I have been locked up 22 months With a little over 3 months left to Serve I would like to have my release date please. My daughter is getting Married 2021 and I need to Plan for This date So May I please have a date of release please and Thank you.

12-27-20



Shawn Wilmoth 0023825
3735 Franklin Rd #775
Roanoke VA
24014

WVRJ INMATE
DEC 28 2020
LEGAL MAIL

GREENSBORO NC 270
PIEDMONT TRIAD AREA
28 DEC 2020  PM 2  L

Federal Court Clerk
75 Franklin Rd SW # 247
Roanoke VA 24011

240111-240375